UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| DARRELL J. AARON, | ) | CASE NO. 5:07 CV 66 |
| Petitioner, | ) ) | JUDGE JAMES S. GWIN |
| v. | ) ) | |
| TERRY J. COLLINS, | ) ) | MEMORANDUM OF OPINION AND ORDER |
| Respondent. | ) ) | |

On January 10, 2007, petitioner pro se Darrell J. Aaron filed this action for a writ of coram nobis pursuant to 28 U.S.C. § 1651, seeking to challenge his convictions in the Ohio Court of Common Pleas in three different cases. For the reasons stated below, this action is dismissed pursuant to 28 U.S.C. § 1915A.

A district court is expressly required to dismiss any civil action filed by a prisoner seeking relief from a governmental officer or entity, as soon as possible after docketing, if the court concludes that the complaint fails to state a claim upon which relief may be granted, or if the plaintiff seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. §1915A; Siller v. Dean, No. 99-5323, 2000 WL 145167 , at *2 (6th Cir. Feb. 1, 2000).

This court lacks jurisdiction over Aaron's petition, as a writ of coram nobis must be brought before the court that pronounced judgment on him. Because he is challenging a state court conviction, an action in coram nobis does not lie here. <u>Dillard v. Chandler</u>, No. 97-5081, 1998 WL 57296 (6th Cir. Feb. 2, 1998).

Accordingly, this action is dismissed. Further, the court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

IT IS SO ORDERED.

Dated: March 22, 2007     <u>s/     James S. Gwin     </u>
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE